IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZOLTEK CORPORATION, a Missouri Corporation, Plaintiff, v. LOCKHEED MARTIN CORPORATION, a Maryland Corporation, Defendant. | Civil Action No. 1:09-CV-00096 |

**STIPULATION FOR AN INDEFINITE STAY OF PROCEEDINGS UNTIL RESOLUTION OF INTERLOCUTORY APPEAL**

NOW COME the parties, Plaintiff Zoltek Corporation ("Zoltek") and Defendant Lockheed Martin Corporation ("Lockheed Martin"), and hereby move this Court for an immediate and indefinite continuation of the stay of this civil action.

1. On April 13, 2009, this Court entered a Minute Order granting the Parties' Stipulation to Stay the Case pending a decision by the Court of Federal Claims ("CFC") on Lockheed Martin's Motion to Certify an Issue for Interlocutory Appeal. The details are more fully set forth in Lockheed Martin's

Motion for Immediate Stay (DE # 12) and the Parties' Stipulation to Stay the Case (DE # 19).

2. Subsequently, on May 14, 2009, the CFC granted the Motion to Certify and Lockheed Martin filed its Petition to Permit Interlocutory Appeal with the Court of Appeals for the Federal Circuit ("CAFC") on May 28, 2009.

3. The Petition before the CAFC was granted on September 30, 2009 (*see* Order attached hereto as <u>Exhibit A</u>) and the appeal has been docketed.

4. The appeal pending before the CAFC may have a material impact on the present litigation before this Court, and it is possible that the appeal may make the present litigation moot.

5. An extension of the stay of the present litigation before this Court will not substantially harm Zoltek since this matter has just begun in the Northern District of Georgia.

6. The stay granted in the Minute Order entered by this Court was set to expire October 1, 2009, but on Lockheed Martin's motion was extended an additional 60 days in a Minute Order entered on October 7, 2009.

7. It is not possible to predict how long the appeal before the CAFC will take. Briefing schedules will not be established until the record is prepared by the CFC, and that process has only just begun.

Therefore, the parties have stipulated to and jointly move this Court for an immediate and indefinite stay pending resolution of Lockheed Martin's appeal before the CAFC. The parties will provide notice to this Court when the CAFC appeal has been finally resolved.

Respectfully submitted, this 29th day of October, 2009.

| MORRIS MANNING & MARTIN LLP | DUANE MORRIS LLP |
|---|---|
| /s/ Bryan G. Harrison<br>Bryan G. Harrison<br>Georgia Bar No. 331750<br>16000 Atlanta Financial Center<br>3343 Peachtree Road, N/E.<br>Atlanta, Georgia 30326<br>Telephone: (404) 504-7619<br>Facsimile: (404) 365-9532<br>bgh@mmmlaw.com<br><br>and<br><br>Dean A. Monco, Esq.<br>Wood, Phillips, Van Santen, Clark & Mortimer<br>500 West Madison Street<br>3800 Northwestern Atrium Center<br>Chicago, IL 60661<br><br>Counsel for Plaintiff<br>  Zoltek Corporation | /s/Joseph M. Bennett-Paris<br>Joseph M. Bennett-Paris<br>Georgia Bar No. 051615<br>1180 West Peachtree Street<br>Suite 700<br>Atlanta, Georgia 30309<br>Telephone: (404) 253-6900<br>Facsimile: (404) 253-6701<br>jbennettparis@duanemorris.com<br>and<br><br>Richard T. Ruzich (*pro hac vice*)<br>190 South LaSalle Street<br>Suite 3700<br>Chicago, Illinois 60603<br>Telephone: (312) 499-6700<br>Facsimile: (312) 499-6701<br>rtruzich@duanemorris.com<br><br>Counsel for Defendant<br>  Lockheed Martin Corporation |

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2009, I electronically filed the within and foregoing STIPULATION FOR AN INDEFINITE STAY OF PROCEEDINGS UNTIL RESOLUTION OF INTERLOCUTORY APPEAL with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record at the following address:

Bryan G. Harrison, Esq.
Morris Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, Georgia 30326

Dean A. Monco, Esq.
Wood, Phillips, Van Santen, Clark & Mortimer
500 West Madison Street
3800 Northwestern Atrium Center
Chicago, Illinois 60661-2511

/s/ Joseph M. Bennett-Paris
Joseph M. Bennett-Paris